## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DAGMAR COLLANTES,

    Plaintiff,

v.                                                      Case No: 8:16-cv-564-T-30MAP

OCWEN LOAN SERVICING, LLC,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal With Prejudice

(Dkt. #14).   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed with prejudice.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 17th day of October, 2016.

_____

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record